UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MICHAEL ANTHONY DUDLEY, JR., | ) ) ) |
| Petitioner, | ) ) |
| v. | ) Case No.: ) ) 4:14-cv-01844-VEH-SGC |
| WARDEN DEWAYNE ESTES, et al., | ) ) ) ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On August 1, 2017, the magistrate judge entered a report (Doc. 13) recommending the petition filed by Mr. Dudley (Doc. 1) be denied. The magistrate judge further recommended a certificate of appealability be denied. (*Id.*). Mr. Dudley was advised of his right to object and was given fourteen (14) days to do so. (*Id.*). Fourteen days have passed, and no objections have been received by the court.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report of the magistrate judge and **ACCEPTS** her recommendations. In accordance with the recommendation, the court finds that Mr. Dudley's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is due to be denied.

A separate order will be entered.

**DONE** this 7th day of September, 2017.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge